| PROB 22<br>(Rev 8/97) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran Court)*<br>5:08CR01470-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec Court)*<br>1:12CR51 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Feodis Glover, Jr. | DISTRICT<br>SOUTHERN DISTRICT OF TEXAS | DIVISION<br>Laredo |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Micaela Alvarez | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>04/14/11 | TO<br>04/13/14 |

OFFENSE

Possession with intent to distribute a quantity in excess of 100 kilograms of marihuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 18 U.S.C. § 2

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS, LAREDO DIVISION</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Southern District of Ohio, Cincinnati Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

April 30, 2012
_____
*Date*

*Mariba Garcia Marmolejo*
*United States District Judge*

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Ohio, Cincinnati Division

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

*may 8 2012*
_____
*Effective Date*

_____
*United States District Judge*